B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Arizona
Case No. **2:08−bk−15248−RTB**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

DARRELL NEAL WORLEY  
18479 WEST SAN CARLOS DRIVE  
GOODYEAR, AZ 85338

MARIA CARMEN WORLEY  
18479 WEST SAN CARLOS DRIVE  
GOODYEAR, AZ 85338

Social Security / Individual Taxpayer ID No.:
xxx−xx−8881

xxx−xx−1087

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 4/7/09

Redfield T. Baum Sr.  
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: admin                Page 1 of 1             Date Rcvd: Apr 07, 2009
Case: 08-15248                Form ID: b18               Total Served: 28

The following entities were served by first class mail on Apr 09, 2009.
db/jdb      +DARRELL NEAL WORLEY,    MARIA CARMEN WORLEY,    18479 WEST SAN CARLOS DRIVE,
              GOODYEAR, AZ 85338-5606
aty          JOSEPH W. CHARLES,    PO BOX 1737,    GLENDALE, AZ 85311-1737
aty         +MARK 1 BOSCO,    TIFFANY & BOSCO, P.A.,    2525 EAST CAMELBACK ROAD,    SUITE 300,
              PHOENIX, AZ 85016-9240
aty         +MARK 3 BOSCO,    TIFFANY & BOSCO, P.A.,    2525 EAST CAMELBACK ROAD,    SUITE 300,
              PHOENIX, AZ 85016-9240
tr           S. WILLIAM MANERA,    P.O. BOX 44350,    PHOENIX, AZ 85064-4350
cr          +CHASE BANK USA, N.A.,    C/O VINCENT R. MAYR,    222 S. POWER RD., SUITE 204,   MESA, AZ 85206-5200
cr          +COUNTRYWIDE HOME LOANS SERVICING, L.P.,    c/o Jeremy T. Bergstrom, Esq.,    2200 Paseo Verde Pkwy.,
              Suite 250,    Henderson, NV 89052-2704
cr          +c/o Mark J. Schultz Chase Bank USA, NA,    9140 Ward Parkway, Ste. 200,
              Kansas City, MO 64114-3325
7663776      AT&T UNIVERSAL CARD,    P. O. Box 6940,    The Lakes NV 88901-6940
7663777      BANK OF AMERICA,    P. O. Box 15726,    Wilmington DE 19886-5726
7663778      BANNER ESTRELLA MED CTR,    P.O. BOX 2978,    Phoenix AZ 85062-2978
7663779      CAPITAL ONE BANK USA NA,    P. O. Box 60024,    City Of Industry CA 91716-0024
7663781     +CITIBANK UCS,    701 East 60th Street North,    Sioux Falls SD 57104-0493
7663782      COUNTRYWIDE HOME LOANS,    P. O. Box 650070,    Dallas TX 75265-0070
7663783      COUNTRYWIDE HOME LOANS,    P. O. Box 650225,    Dallas TX 75265-0225
7922012     +COUNTRYWIDE HOME LOANS SERVICING, L.P.,    2380 PERFORMANCE DRIVE,    RICHARDSON, TX 75082-4333
7715435     +Chase Bank USA, NA,    c/o Mark J. Schultz,    9140 Ward Parkway, Ste. 200,
              Kansas City, MO 64114-3325
7887785      FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
              Oklahoma City, OK 73124-8809
7663784      MARICOPA INTEGRATED HEALTH SYSTEM,    P. O. Box 29670,    Phoenix AZ 85038-9670
7862165      PYOD LLC its successors and assigns as assignee of,    Citibank,   Resurgent Capital Services,
              PO Box 10587,    Greenville, SC 29603-0587
7663786      SOUTHWEST DIAGNOSTIC IMAGING,    P. O. Box 849753,    Dallas TX 75284-9753
7663787     +TOYOTA FINANCIAL SERVICE,    P. O. Box 60114,    City Of Industry CA 91716-0114
7663788      WELLS FARGO CARD SERVICES,    P. O. Box 30086,    Los Angeles CA 90030-0086
7765407     +Wells Fargo Bank, N.A.,    c/o Wells Fargo Card Services,    Recovery Department,   P.O. Box 9210,
              Des Moines, IA 50306-9210

The following entities were served by electronic transmission on Apr 08, 2009.
tr           EDI: FSWMANERA.COM Apr 07 2009 22:13:00      S. WILLIAM MANERA,    P.O. BOX 44350,
              PHOENIX, AZ 85064-4350
smg         +EDI: AZDEPREV.COM Apr 07 2009 22:13:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
              1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2612
7663777      EDI: BANKAMER2.COM Apr 07 2009 22:13:00      BANK OF AMERICA,    P. O. Box 15726,
              Wilmington DE 19886-5726
7663780      EDI: CHASE.COM Apr 07 2009 22:13:00      CHASE CARDMEMBER SERVICES,    P. O. Box 94014,
              Palatine IL 60094-4014
7910611     +EDI: RECOVERYCORP.COM Apr 07 2009 22:13:00      Recovery Management Systems Corporation,
              For GE Money Bank,    dba SAM'S CLUB,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
7663785      EDI: RMSC.COM Apr 07 2009 22:13:00      SAM'S CLUB,    P. O. Box 530942,    Atlanta GA 30353-0942
7663788      EDI: WFFC.COM Apr 07 2009 22:13:00      WELLS FARGO CARD SERVICES,    P. O. Box 30086,
              Los Angeles CA 90030-0086
7765407     +EDI: WFFC.COM Apr 07 2009 22:13:00      Wells Fargo Bank, N.A.,    c/o Wells Fargo Card Services,
              Recovery Department,    P.O. Box 9210,    Des Moines, IA 50306-9210
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           c/o Mark S. Bosco Mortgage Electronic Registration
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2009                    Signature:   *Joseph Speetjens*