UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

In re: § Case No. 08-15248-PHX RTB
§
DARRELL N WORLEY §
MARIA C WORLEY §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

S. William Manera, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $489,100.00 | Assets Exempt: | $6,805.76 |
| Total Distributions to Claimants: | $3,023.84 | Claims Discharged Without Payment: | $108,754.02 |
| Total Expenses of Administration: | $1,038.36 | | |

3) Total gross receipts of $4,790.93 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $728.73 (see **Exhibit 2),** yielded net receipts of $4,062.20 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $600,454.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,038.36 | $1,038.36 | $1,038.36 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $110,522.87 | $59,523.99 | $59,523.99 | $3,023.84 |
| **Total Disbursements** | $710,976.87 | $60,562.35 | $60,562.35 | $4,062.20 |

4). This case was originally filed under chapter 7 on 10/29/2008. The case was pending for 14 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/23/2009    By: /s/ S. William Manera
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2008 tax refunds | 1224-000 | $4,222.00 |
| wages | 1229-000 | $568.58 |
| Interest Earned | 1270-000 | $0.35 |
| **TOTAL GROSS RECEIPTS** | | **$4,790.93** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Worley, darrell & Maria | Funds to Third Parties | 8500-002 | $728.73 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$728.73** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | 4110-000 | $223,784.00 | NA | $0.00 | $0.00 |
| COUNTRYWIDE HOME LOANS | 4110-000 | $114,000.00 | NA | $0.00 | $0.00 |
| COUNTRYWIDE HOME LOANS | 4110-000 | $234,137.00 | NA | $0.00 | $0.00 |
| TOYOTA FINANCIAL SERVICE | 4110-000 | $11,300.00 | NA | $0.00 | $0.00 |
| TOYOTA FINANCIAL SERVICE | 4110-000 | $17,233.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | **$600,454.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| S. William Manera, Trustee | 2100-000 | NA | $1,015.55 | $1,015.55 | $1,015.55 |
| S. William Manera, Trustee | 2200-000 | NA | $22.81 | $22.81 | $22.81 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,038.36** | **$1,038.36** | **$1,038.36** |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**


**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**


**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AT&T UNIVERSAL CARD | 7100-000 | $6,246.00 | NA | NA | $0.00 |
| BANNER ESTRELLA MED CTR | 7100-000 | $97.00 | $96.40 | $96.40 | $0.00 |
| Clerk, US Bankruptcy Court (Claim No. 2; BANNER ESTRELLA MED CTR) | 7100-001 | $0.00 | $0.00 | $0.00 | $4.90 |
| CAPITAL ONE BANK USA NA | 7100-000 | $9,510.00 | NA | NA | $0.00 |
| CHASE CARDMEMBER SERVICES | 7100-000 | $11,147.00 | NA | NA | $0.00 |
| CHASE CARDMEMBER SERVICES | 7100-000 | $24,503.00 | NA | NA | $0.00 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | $10,608.00 | $10,911.00 | $10,911.00 | $554.28 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | $14,895.00 | $15,210.75 | $15,210.75 | $772.71 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | $5,828.00 | $5,917.61 | $5,917.61 | $300.62 |
| MARICOPA INTEGRATED HEALTH | 7100-000 | $468.00 | NA | NA | $0.00 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | $6,328.00 | $6,651.50 | $6,651.50 | $337.90 |
| Recovery | 7100-000 | $3,958.00 | $4,021.98 | $4,021.98 | $204.32 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Management Systems Corporation | | | | | |
| SOUTHWEST DIAGNOSTIC IMAGING | 7100-000 | $379.87 | NA | NA | $0.00 |
| Wells Fargo Bank, N.A. | 7100-000 | $16,555.00 | $16,714.75 | $16,714.75 | $849.11 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $110,522.87 | $59,523.99 | $59,523.99 | $3,023.84 |

**UST Form 101-7-TDR (9/1/2009)**

| Case No.: | 08-15248-PHX RTB | Trustee Name: | S. William Manera |
|---|---|---|---|
| Case Name: | WORLEY, DARRELL NEAL AND WORLEY, MARIA CARMEN | Date Filed (f) or Converted (c): | 10/29/2008 (f) |
| For the Period Ending: | 12/23/2009 | §341(a) Meeting Date: | 12/02/2008 |
| | | Claims Bar Date: | 03/12/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Location: 18479 West San Carlos Drive, Goodyear AZ | $260,000.00 | $0.00 | DA | $0.00 | FA |
| 2  4001 N. 126th Ave., Avondale, AZ | $200,000.00 | $0.00 | DA | $0.00 | FA |
| 3  Wells Fargo Account | $150.00 | $0.00 | DA | $0.00 | FA |
| 4  Bank of America | $150.00 | $0.00 | DA | $0.00 | FA |
| 5  Household Furnishings | $2,500.00 | $0.00 | DA | $0.00 | FA |
| 6  Misc pictures, books, CDs, DVDs | $200.00 | $0.00 | DA | $0.00 | FA |
| 7  Clothing | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 8  Weddings Rings | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 9  Treadmill | $100.00 | $0.00 | DA | $0.00 | FA |
| 10  2005 Toyota Tundra Double Cab | $11,000.00 | $0.00 | DA | $0.00 | FA |
| 11  2008 Toyota Corolla | $13,000.00 | $0.00 | DA | $0.00 | FA |
| 12  2 dogs | $0.00 | $0.00 | DA | $0.00 | FA |
| 13  2008 tax refunds (u) | $0.00 | $4,222.00 | | $4,222.00 | FA |
| Asset Notes:  3473 + 749 | | | | | |
| 14  wages (u) | $0.00 | $568.58 | | $568.58 | FA |
| INT  Interest Earned (u) | Unknown | Unknown | | $0.35 | FA |

**TOTALS (Excluding unknown value)**

| | $489,100.00 | $4,790.58 | | $4,790.93 | **Gross Value of Remaining Assets** $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

| 12/08/2008 | hold for TR 2008+demand for wages |
| 12/18/2008 | QR donna fu on demand req |
| 01/09/2009 | debtor payment schedule created with attny office...dkw |
| 03/23/2009 | Claims Review |
| 03/27/2009 | 08 TRs US $3473 refund AZ $749 refund |
| 05/21/2009 | ready for TFR |
| 07/09/2009 | TFR Submitted |

| Case No.: | 08-15248-PHX RTB | Trustee Name: | S. William Manera |
| Case Name: | WORLEY, DARRELL NEAL AND WORLEY, MARIA CARMEN | Date Filed (f) or Converted (c): | 10/29/2008 (f) |
| For the Period Ending: | 12/23/2009 | §341(a) Meeting Date: | 12/02/2008 |
| | | Claims Bar Date: | 03/12/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 12/31/2009    **Current Projected Date Of Final Report (TFR):** 12/31/2009

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 08-15248-PHX RTB | | **Trustee Name:** | S. William Manera |
| **Case Name:** | WORLEY, DARRELL NEAL AND WORLEY, MARIA CARMEN | | **Bank Name:** | STERLING BANK |
| **Primary Taxpayer ID #:** | ******4853 | | **Checking Acct #:** | ******5248 |
| **Co-Debtor Taxpayer ID #:** | ******4854 | | **Account Title:** | |
| **For Period Beginning:** | 10/29/2008 | | **Blanket bond (per case limit):** | $52,854,941.00 |
| **For Period Ending:** | 12/23/2009 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/06/2009 | | Transfer From: # 8165085248 | Transfer to Close Account | 9999-000 | $4,062.20 | | $4,062.20 |
| 10/26/2009 | 2001 | S. William Manera | Trustee Expenses | 2200-000 | | $22.81 | $4,039.39 |
| 10/26/2009 | 2002 | S. William Manera | Trustee Compensation | 2100-000 | | $1,015.55 | $3,023.84 |
| 10/26/2009 | 2003 | Wells Fargo Bank, N.A. | Account Number: 1340; Claim #: 1; Dividend: 20.90; Amount Allowed: 16,714.75; Amount Claimed: 16,714.75; | 7100-000 | | $849.11 | $2,174.73 |
| 10/26/2009 | 2004 | Clerk, US Bankruptcy Court | Small Dividends | * | | $4.90 | $2,169.83 |
| | | | Claim Amount $(4.90) | 7100-001 | | | $2,169.83 |
| 10/26/2009 | 2005 | PYOD LLC its successors and assigns as assignee of | Account Number: 3105; Claim #: 3; Dividend: 8.31; Amount Allowed: 6,651.50; Amount Claimed: 6,651.50; | 7100-000 | | $337.90 | $1,831.93 |
| 10/26/2009 | 2006 | FIA CARD SERVICES, NA/BANK OF AMERICA | Account Number: 0515 or 4047; Claim #: 4; Dividend: 13.64; Amount Allowed: 10,911.00; Amount Claimed: 10,911.00; | 7100-000 | | $554.28 | $1,277.65 |
| 10/26/2009 | 2007 | FIA CARD SERVICES, NA/BANK OF AMERICA | Account Number: 6791; Claim #: 5; Dividend: 19.02; Amount Allowed: 15,210.75; Amount Claimed: 15,210.75; | 7100-000 | | $772.71 | $504.94 |
| 10/26/2009 | 2008 | FIA CARD SERVICES, NA/BANK OF AMERICA | Account Number: 9001 or 4000; Claim #: 6; Dividend: 7.40; Amount Allowed: 5,917.61; Amount Claimed: 5,917.61; | 7100-000 | | $300.62 | $204.32 |
| 10/26/2009 | 2009 | Recovery Management Systems Corporation | Account Number: 1057; Claim #: 7; Dividend: 5.02; Amount Allowed: 4,021.98; Amount Claimed: 4,021.98; | 7100-000 | | $204.32 | $0.00 |

SUBTOTALS   $4,062.20   $4,062.20

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-15248-PHX RTB | Trustee Name: | S. William Manera |
|---|---|---|---|
| Case Name: | WORLEY, DARRELL NEAL AND WORLEY, MARIA CARMEN | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4853 | Checking Acct #: | ******5248 |
| Co-Debtor Taxpayer ID #: | ******4854 | Account Title: | |
| For Period Beginning: | 10/29/2008 | Blanket bond (per case limit): | $52,854,941.00 |
| For Period Ending: | 12/23/2009 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $4,062.20 | $4,062.20 | $0.00 |
| | | | Less: Bank transfers/CDs | | $4,062.20 | $0.00 | |
| | | | Subtotal | | $0.00 | $4,062.20 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $4,062.20 | |

**For the period of 10/29/2008 to 12/23/2009**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,062.20 |
| | |
| Total Compensable Disbursements: | $4,062.20 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,062.20 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/06/2009 to 12/23/2009**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,062.20 |
| | |
| Total Compensable Disbursements: | $4,062.20 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,062.20 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3  Exhibit 9

| Case No. | 08-15248-PHX RTB | Trustee Name: | S. William Manera |
| --- | --- | --- | --- |
| Case Name: | WORLEY, DARRELL NEAL AND WORLEY, MARIA CARMEN | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4853 | Money Market Acct #: | ******5248 |
| Co-Debtor Taxpayer ID #: | ******4854 | Account Title: | |
| For Period Beginning: | 10/29/2008 | Blanket bond (per case limit): | $52,854,941.00 |
| For Period Ending: | 12/23/2009 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/08/2009 | (14) | Marcia Worley | payment | 1229-000 | $150.00 | | $150.00 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.01 | | $150.01 |
| 03/02/2009 | (14) | Marcia Worley | payment | 1229-000 | $150.00 | | $300.01 |
| 03/23/2009 | (14) | Maria Worley | payment | 1229-000 | $150.00 | | $450.01 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.02 | | $450.03 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.02 | | $450.05 |
| 05/01/2009 | (13) | M C Worley | tax refund | 1229-000 | $749.00 | | $1,199.05 |
| 05/01/2009 | (14) | M C Worley | payment | 1229-000 | $118.58 | | $1,317.63 |
| 05/21/2009 | (13) | US Treasury | tax refunds | 1224-000 | $3,473.00 | | $4,790.63 |
| 05/21/2009 | 1001 | Worley, darrell & Maria | tax proration | 8500-002 | | $728.73 | $4,061.90 |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.10 | | $4,062.00 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.17 | | $4,062.17 |
| 07/06/2009 | (INT) | STERLING BANK | Account Closing Interest As Of 7/6/2009 | 1270-000 | $0.03 | | $4,062.20 |
| 07/06/2009 | | Transfer To: # 7165085248 | Transfer to Close Account | 9999-000 | | $4,062.20 | $0.00 |

Case 2:08-bk-15248-RTB   Doc 51   Filed 01/30/10   Entered 01/30/10 17:24:22   Desc
Main Document    Page 10 of 12

SUBTOTALS  $4,790.93  $4,790.93

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 08-15248-PHX RTB | | **Trustee Name:** | S. William Manera |
| **Case Name:** | WORLEY, DARRELL NEAL AND WORLEY, MARIA CARMEN | | **Bank Name:** | STERLING BANK |
| **Primary Taxpayer ID #:** | ******4853 | | **Money Market Acct #:** | ******5248 |
| **Co-Debtor Taxpayer ID #:** | ******4854 | | **Account Title:** | |
| **For Period Beginning:** | 10/29/2008 | | **Blanket bond (per case limit):** | $52,854,941.00 |
| **For Period Ending:** | 12/23/2009 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** / **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | $4,790.93 | $4,790.93 | $0.00 |
| | | | Less: Bank transfers/CDs | $0.00 | $4,062.20 | |
| | | | **Subtotal** | $4,790.93 | $728.73 | |
| | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | **Net** | $4,790.93 | $728.73 | |

For the period of  **10/29/2008** to **12/23/2009**

| | |
|---|---|
| Total Compensable Receipts: | $4,790.93 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,790.93 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $728.73 |
| Total Comp/Non Comp Disbursements: | $728.73 |
| Total Internal/Transfer Disbursements: | $4,062.20 |

For the entire history of the account between **02/08/2009** to **12/23/2009**

| | |
|---|---|
| Total Compensable Receipts: | $4,790.93 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,790.93 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $728.73 |
| Total Comp/Non Comp Disbursements: | $728.73 |
| Total Internal/Transfer Disbursements: | $4,062.20 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-15248-PHX RTB | Trustee Name: | S. William Manera |
|---|---|---|---|
| Case Name: | WORLEY, DARRELL NEAL AND WORLEY, MARIA CARMEN | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4853 | Money Market Acct #: | ******5248 |
| Co-Debtor Taxpayer ID #: | ******4854 | Account Title: | |
| For Period Beginning: | 10/29/2008 | Blanket bond (per case limit): | $52,854,941.00 |
| For Period Ending: | 12/23/2009 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $4,790.93 | $4,790.93 | $0.00 |

**For the period of 10/29/2008 to 12/23/2009**

| | |
|---|---|
| Total Compensable Receipts: | $4,790.93 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,790.93 |
| Total Internal/Transfer Receipts: | $4,062.20 |
| | |
| Total Compensable Disbursements: | $4,062.20 |
| Total Non-Compensable Disbursements: | $728.73 |
| Total Comp/Non Comp Disbursements: | $4,790.93 |
| Total Internal/Transfer Disbursements: | $4,062.20 |

**For the entire history of the case between 10/29/2008 to 12/23/2009**

| | |
|---|---|
| Total Compensable Receipts: | $4,790.93 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,790.93 |
| Total Internal/Transfer Receipts: | $4,062.20 |
| | |
| Total Compensable Disbursements: | $4,062.20 |
| Total Non-Compensable Disbursements: | $728.73 |
| Total Comp/Non Comp Disbursements: | $4,790.93 |
| Total Internal/Transfer Disbursements: | $4,062.20 |